```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 37631
   SHELIA SOLE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-9764


---------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 10/08/2004 and was confirmed 02/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 11/06/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP     SECURED            5600.00         822.31        5600.00
FRANKIES AUTO SALES        SECURED            1360.00         200.14        1360.00
AAA CHECKMATE              UNSECURED          1569.40            .00         156.94
AMERICASH LOANS LLC        UNSECURED           183.00            .00          18.30
ARMOR SYSTEMS CORP         UNSECURED         NOT FILED           .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED           .00            .00
BALABAN FURNITURE          NOTICE ONLY       NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED           815.80            .00          81.58
CAPITAL ONE AUTO FINANCE   UNSECURED         11572.34            .00        1157.23
CFC FINANCIAL              UNSECURED           531.71            .00          53.17
CHECK INTO CASH INC        FILED LATE          288.00            .00            .00
CITY OF CHICAGO PARKING    UNSECURED           770.00            .00          77.00
VILLAGE OF SAUK VILLAGE    UNSECURED         NOT FILED           .00            .00
COMCAST                    UNSECURED         NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED           .00            .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED           679.52            .00          67.95
PREMIER BANCARD CHARTER    UNSECURED           467.62            .00          46.76
ADVOCATE CHRIST HOSPITAL   UNSECURED         NOT FILED           .00            .00
INSURE ON THE SPOT         UNSECURED         NOT FILED           .00            .00
DOMINICKS                  NOTICE ONLY       NOT FILED           .00            .00
MIDNIGHT VELVET            UNSECURED         NOT FILED           .00            .00
MONTGOMERY WARD            UNSECURED         NOT FILED           .00            .00
NATIONWIDE COMMERCIAL LP   UNSECURED         NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED              .00            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED           .00            .00
SIR FINANCE                UNSECURED           1127.00           .00         112.70
UNITED CASH LOAN           UNSECURED         NOT FILED           .00            .00
CREDIT ACCEPTANCE CORP     UNSECURED           1902.28           .00         190.23
GREENBERG & ASSOC          REIMBURSEMENT        34.00            .00          34.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 37631 SHELIA SOLE
```

```
GREENBERG & ASSOC       DEBTOR ATTY    2,700.00                    2,700.00
TOM VAUGHN              TRUSTEE                                      788.55
DEBTOR REFUND           REFUND                                       116.89

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 13,583.75

PRIORITY                                          34.00
SECURED                                        6,960.00
    INTEREST                                   1,022.45
UNSECURED                                      1,961.86
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                             788.55
DEBTOR REFUND                                    116.89
                        ---------------    ---------------
TOTALS                  13,583.75              13,583.75
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 02/26/09             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE